# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------X

Stevewn Frisone and David Roberts,

                    Plaintiffs,

-against-

Pepsico, Inc. And South Beach Beverage Company, Inc.,

                    Defendants.

------------------------------X

03 CIVIL 8977 (WCC)

**JUDGMENT**

FILED MAY -9 2005 S.D. OF N.Y. W.P.

Whereas the above entitled action having been assigned to the Honorable William C. Conner, U.S.D.J., and the Court thereafter on May 6, 2005, having handed down its opinion and order **#05,0014 WP** granting defendants' motion to dismiss the complaint for lack of subject matter jurisdiction, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed for lack of subject matter jurisdiction.

Dated: White Plains, New York
       May 9, 2005

*J. Michael McMahon*
      Clerk

*E.O.D.*

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: _____